MARGARET HOFFMAN, PLAINTIFF-RESPONDENT, v. PACK-ARD-BAMBERGER & CO., INC., DEFENDANT-PETITIONER.

*Messrs. Breslin & Breslin,* for the petitioner.

*Mr. Herbert L. Smith* and *Mr. Dominick Pachella,* for the respondent.

September 10, 1951.   Denied.

THE   MOTORLEASE   CORPORATION,   PLAINTIFF-PETI-TIONER, v. ANN B. MULROONY, DEFENDANT-RESPOND-ENT.

See same case below: 13 *N. J. Super.* 556.

*Mr. Harry Schaffer,* for the petitioner.

*Mr. Walter H. Jones,* for the respondent.

September 10, 1951.   Granted.